UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
NOV 30 2010
EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                                      )
                                            )
                                            )   Case No. 10 B 44595
AGRI-BEST HOLDINGS, LLC                     )
                                            )
                                            )
                                            )   Chapter 11
        Debtor.                             )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC, DEBTOR'S COUNSEL, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $140,186.00 | TOTAL COSTS REQUESTED: | $4,176.64 |
| TOTAL FEES REDUCED: | $940.00 | TOTAL COSTS REDUCED: | $103.10 |
| TOTAL FEES ALLOWED: | $139,246.00 | TOTAL COSTS ALLOWED: | $4,073.54 |

**TOTAL FEES AND COSTS ALLOWED: $143,319.54**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)   Insufficient Description**
The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(11)   Overhead Costs are Non-Compensable**
The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

**(14)   Computational or Typographical Error**
The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated: November 30, 2010

_____
Eugene R. Wedoff
United States Bankruptcy Judge

1

## Shaw Gussis Fishman Glantz Wolfson & Towbin LLC

I.D. 10007-001 - SBT  
Re: Reorganization

November 19, 2010  
Statement  
Page 7

| Fee ID | Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | Towbin regarding filing retention applications and revisions to same (.3) | | |
| 17118 | 10/12/10 | SBT | Telephone conference with counsel for Barr Management (currency exchange) regarding bounced payroll checks (.2); email exchange with counsel regarding same and review letter and checks (.2); telephone conference with S. Williams regarding same (.1) | 0.50 | 300.00 |
| 17252 | 10/13/10 | SBT | Telephone conference with S. Williams and T. Reiter regarding MTL at U.S. Trustee's Office | 0.30 | 180.00 |
| 17253 | 10/13/10 | SBT | Telephone conference with S. Williams, T. Reiter and J. Fortino regarding lease issues and costs (CAM, utilities, taxes) | 0.30 | 180.00 |
| 17255 | 10/13/10 | SBT | Lengthy telephone conference with A. Silverman and B. Berish, proposed Committee counsel, regarding case background and open issues | 0.50 | 300.00 |
| 17256 | 10/13/10 | SBT | Telephone conference with Varilease regarding sale of collateral, status of case, rent issue, identity of auctioneer | 0.60 | 360.00 |
| 17260 | 10/13/10 | SBT | Telephone conference with client group regarding potential preference claims and defenses | 0.80 | 480.00 |
| 17370 | 10/14/10 | SBT | Telephone conference with K. Gleason at U.S. Trustee's Office regarding Committee formation issues | 0.30 | 180.00 |
| 17371 | 10/14/10 | SBT | Review client email regarding meeting of 20 largest | 0.10 | 60.00 |
| 17377 | 10/14/10 | SBT | ⟨Meeting with client⟩ and prepare for meeting of 20 largest creditors; attend meeting of 20 largest creditors ④ | 2.00 | 1,200.00 —$400 |
| 17380 | 10/14/10 | SBT | Meeting with client after meeting of 20 largest to discuss sale of inventory and suit vs. TGIF on contract | 1.00 | 600.00 |
| 17713 | 10/15/10 | SBT | Email exchanges and telephone conference with client regarding Santiago escrow arrangement for large shipment of goods (.2); followup telephone conference and email to A. Guon regarding same (.3) | 0.50 | 300.00 |
| 17508 | 10/18/10 | KAB | Conference call with D. Zhang regarding status of case and interested purchaser | 0.20 | 58.00 |
| 17738 | 10/18/10 | SBT | Telephone conference with counsel for Great American Group regarding strategies for dealing with landlord and with various secured creditors - also talked about sale of in place M&E and lease assignment | 0.30 | 180.00 |
| 17740 | 10/18/10 | SBT | Email exchange with R. Sandack and telephone conference with R. Sandack regarding account receivable litigation and procedure and jurisdictional issues and confer with A. Guon regarding format for R. Sandack to use for the A/R complaint | 0.30 | 180.00 |
| 17741 | 10/18/10 | SBT | Confer with K. Bacher regarding Suggestion of Bankruptcy for First American replevin suit | 0.10 | 60.00 |
| 17742 | 10/18/10 | SBT | Telephone conference with counsel for First American regarding replevin suit, adequate protection payments and motion to terminate stay | 0.20 | 120.00 |

**Shaw Gussis Fishman Glantz Wolfson & Towbin LLC**

I.D. 10007-001 - SBT
Re: Reorganization

November 19, 2010
Statement
Page 9

| Fee ID | Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|
| 17946 | 10/21/10 | SBT | Telephone conference with T. Reiter regarding real estate sale issues and transfer taxes | 0.20 | 120.00 |
| 17994 | 10/22/10 | SBT | Telephone conference with T. Nixon, counsel for WFB, regarding sale of equipment, cash collateral budget, A/R lawsuits, sale of strips via Section 363 auction; FTI and Freeborn carveout and other matters | 0.30 | 180.00 |
| 17997 | 10/22/10 | SBT | Telephone conference with T. Reiter regarding insurance finance issues | 0.20 | 120.00 |
| 17998 | 10/22/10 | SBT | Telephone conference with T. Reiter regarding A/R collection, sale of strips through broker, lawsuit vs Direct USA and other matters | 0.30 | 180.00 |
| 18001 | 10/22/10 | SBT | Telephone conference with S. Williams regarding budget issues and A/R collection issues | 0.20 | 120.00 |
| 18003 | 10/22/10 | SBT | Telephone conference with R. Sandack regarding A/R collection actions | 0.20 | 120.00 |
| 18004 | 10/22/10 | SBT | Review motion to retain FTI as financial advisor | 0.20 | 120.00 |
| 18290 | 10/22/10 | SBT | Review client email regarding shipment and escrow arrangement for Santiago Foods and telephone conference with A. Guon and need for letter to put on company letterhead to send to Santiago | 0.20 | 120.00 |
| 18291 | 10/22/10 | SBT | Review revised budget and conference call with S. Williams, T. Reiter and J. Fortino regarding same (.8); prepare detailed email to Wells with budget and scheduling information and requests regarding 363 sale for TGIF strip steaks (.4) | 1.20 | 720.00 ④ -$480 |
| 18218 | 10/25/10 | KAB | Confer with S. Towbin about preparation of 363 motion for sale of strip steaks (.3); Begin preparing draft motion to sell strip steaks outside the ordinary course of business (.7) | 1.00 | 290.00 |
| 18296 | 10/25/10 | SBT | Review motion of Committee to retain FTI | 0.30 | 180.00 |
| 18298 | 10/25/10 | SBT | Telephone conference with client regarding budget issues, sale of equipment, conversion to 7, schedules | 0.40 | 240.00 |
| 18301 | 10/25/10 | SBT | Lengthy telephone conference with counsel for Advantage regarding committee objection to financing order, extension of time to object to Advantage liens, conversion to chapter 7 and rejection of lease agreement, payment of Committee professionals, status on sale of real estate | 0.50 | 300.00 |
| 18303 | 10/25/10 | SBT | Telephone conference with T. Reiter regarding Jose Santiago deal and wire transfer issue | 0.20 | 120.00 |
| 18305 | 10/25/10 | SBT | Review offer on strips and email WFB regarding same | 0.20 | 120.00 |
| 18306 | 10/25/10 | SBT | Review email chain with TGIF regarding strip steaks | 0.20 | 120.00 |
| 18309 | 10/25/10 | SBT | Review Midwest Welding letter (fax) regarding three tanks to pick up | 0.10 | 60.00 |
| 18310 | 10/25/10 | SBT | Voicemail exchange with Varilease regarding equipment issues and adequate protection | 0.10 | 60.00 |
| 18313 | 10/25/10 | SBT | Email exchange with S. Williams regarding 10/27 hearing on professional retention | 0.10 | 60.00 |

Shaw Gussis Fishman Glantz Wolfson & Towbin LLC

I.D. 10007-001 - SBT  
Re: Reorganization

November 19, 2010  
Statement  
Page 26

| Fee ID | Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | sale of Tripp Property and email to client regarding due diligence material (.2 plus .1) | | |
| 20317 | 11/02/10 | SBT | Email to WFB regarding due diligence material for real estate sale | 0.10 | 60.00 |
| 20326 | 11/02/10 | SBT | Telephone conference with V. Damico of Grubb & Ellis regarding Tripp Property | 0.20 | 120.00 |
| 20328 | 11/02/10 | SBT | Telephone conference with T. Reiter regarding real estate due diligence | 0.10 | 60.00 |
| 20329 | 11/02/10 | SBT | Telephone conference with S. Livaditis, broker, regarding need for current Phase I environmental report | 0.10 | 60.00 |
| 20291 | 11/03/10 | KAB | Review loan documents and files regarding relevant real estate documents for diligence purposes | 0.50 | 145.00 |
| 20344 | 11/03/10 | SBT | Email to client and R. Sandack regarding need for Phase I report for Tripp Property and enclosing what we now have for due diligence material | 0.20 | 120.00 |
| 20358 | 11/03/10 | SBT | Confer with K. Bacher regarding sale motion for realty | 0.20 | 120.00 |
| 20360 | 11/03/10 | SBT | Email exchange with T. Nixon regarding Phase I for Tripp Property and email to K. Bacher regarding need to price update of 2007 report and get timing | 0.10 | 60.00 |
| 21437 | 11/03/10 | KAB | Conference with S. Towbin and R. Glantz regarding preparation of sale motions for real property (.3). | 1.30 | 377.00 |
| 20476 | 11/04/10 | SBT | Confer with paralegal regarding updated title commitment and release of mechanic's lien claim on Tripp property | 0.10 | 60.00 |
| 20477 | 11/04/10 | SBT | Confer with K. Bacher regarding cost and timing of new Phase I for Tripp and voicemail for WFB attorney regarding same | 0.10 | 60.00 |
| 20478 | 11/04/10 | SBT | Email exchange with B. Chatz, counsel for Euro regarding new LOI for the Tripp property | 0.10 | 60.00 |
| 20556 | 11/04/10 | SBT | Confer with K. Bacher regarding Phase I Report | 0.10 | 60.00 |
| 20576 | 11/04/10 | SBT | Confer with K. Bacher regarding Phase I Report | 0.10 | 60.00 |
| 21438 | 11/04/10 | KAB | Conference call with representative from EMG corp regarding Phase I and review formal estimate regarding same (.4); Conference call with M. Musa from Environmental Protection and emails regarding formal estimate for Phase I (.3); Confer with St. Towbin regarding proceeding with Phase I and consent of WFB (.1). | 0.80 | 232.00 |
| 20638 | 11/05/10 | SBT | Email to T. Reiter regarding Phase I report from EPI | 0.10 | 60.00 |
| 20668 | 11/05/10 | KAB | Emails to and from T. Reiter regarding Phase I estimates and status of same | 0.20 | 58.00 |
| 20716 | 11/11/10 | SBT | Telephone conference with counsel for Euro regarding contract for sale of Tripp property | 0.30 | 180.00 |
| 21242 | 11/12/10 | SBT | Telephone conference with S. Livaditis regarding status of buyers on real estate sale (Tripp) | 0.20 | 120.00 |
| | | | **Real Estate TOTALS** | **14.00** | **6,788.00** |

(14)  $60 -$60

**Sale Process**

| | | | | | |
|---|---|---|---|---|---|
| 11/19/2010 8:53:25 AM | | Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | | | Page 37 |
| | | Draft for Work-In-Process Through 11/12/2010 | | | |
| | | Matter ID: 10007-001 | | Draft Seq # | 1 |

| Cost ID | Date | Description/Payee | Task:Act | Hold | Amount |
|---|---|---|---|---|---|
| 4138 | 10/31/10 | Filing Fees; Filing Fee (PMF); Chase | | | 1,039.00 |
| 4140 | 10/31/10 | Filing Fees; Filing Fee (PMF); Chase | | | 1,039.00 |
| 3612 | 11/01/10 | Postage; Postage 10/01/10 - 10/31/10 (Notice of Proof of Claim) | | | 620.00 |
| 3624 | 11/01/10 | Parking/Taxi; Cab Fare to Court with T. Reiter and S. Williams (KAB); Kimberly Bacher | | | 8.00 |
| ~~3684~~ | ~~11/01/10~~ | ~~Parking/Taxi; Cab Fare from Office to Bankruptcy Court (PJR); Peter J. Roberts~~ | | | ~~6.00~~ |
| 3688 | 11/01/10 | Parking/Taxi; Cab Fare - Roundtrip - Office to Bankruptcy Court with P. Roberts, K. Bacher and J. Fortino (SBT); Steven B. Towbin | | | 15.00 |
| 3690 | 11/01/10 | Parking/Taxi; Cab Fare from Office to 219 S. Dearborn to Attend Meeting of the 20 Largest with Clients (SBT); Steven B. Towbin | | | 14.00 |
| 3692 | 11/01/10 | Parking/Taxi; Cab Fare from Office to Bankruptcy Court (SBT); Steven B. Towbin | | | 6.00 |
| 3696 | 11/01/10 | Parking/Taxi; Cab Fare from Office to Bankruptcy Court (SBT); Steven B. Towbin | | | 12.00 |
| 3972 | 11/03/10 | Filing Fees; Filing Fee (PMF); Chase Card Services | | | 1,039.00 |
| 3974 | 11/03/10 | Filing Fees; Filing Fee (PMF); Chase Card Services | | | 1,039.00 |
| 3988 | 11/03/10 | Photocopy; Motion (DeVries) | | | 10.00 |
| 4094 | 11/03/10 | Filing Fees; Filing Fee (PMF); Chase Card Services | | | -1,039.00 |
| 4096 | 11/03/10 | Filing Fees; Filing Fee (PMF); Chase Card Services | | | -1,039.00 |
| 3744 | 11/04/10 | Westlaw; 364 Issues (PJR); West Group | | (11) | 14.00   -$14 |
| 3746 | 11/04/10 | Westlaw; FTI Retention (SBT); West Group | | (11) | 10.35   -$10.35 |
| 3748 | 11/04/10 | Westlaw; Objection to Financing. (SBT); West Group | | (11) | 6.98   -$6.98 |
| 3750 | 11/04/10 | Westlaw; Packers Act Claim (SBT); West Group | | (11) | 2.24   -$2.24 |
| 3752 | 11/04/10 | Westlaw; Reply to objection re: Financing (SBT); West Group | | (11) | 14.90   -$14.90 |
| 3754 | 11/04/10 | Westlaw; Committee Objection (KAB); West Group | | (11) | 40.79   -$40.79 |
| 3756 | 11/04/10 | Westlaw; Packers and Stockyard (SBT); West Group | | (11) | 13.84   -$13.84 |
| 4056 | 11/04/10 | Photocopy; Title Insurance Commitment (SBT) | | | 4.40 |
| 4058 | 11/04/10 | Photocopy; Stay Motion By First America (SBT) | | | 2.40 |
| 4060 | 11/04/10 | Photocopy; Proof of Claim Of Barrington Bank (SBT) | | | 3.50 |
| 4062 | 11/05/10 | Photocopy; Crown Credit Documents (SBT) | | | 9.40 |
| 4064 | 11/05/10 | Photocopy; First American stay modification motion. (SBT) | | | 2.60 |