**FILED**

**FEB -8 2011**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                    )
                                                          )
                                                          )    Case No. 10 B 44595
   AGRI-BEST HOLDINGS, LLC                                )
                                                          )
                                                          )
                                                          )    Chapter 7
          Debtor.                                         )
                                                          )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO GAIDO & FINTZEL, SPECIAL COUNSEL FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $6,401.28 | TOTAL COSTS REQUESTED: | $1,888.73 |
| TOTAL FEES REDUCED: | $60.00 | TOTAL COSTS REDUCED: | $12.39 |
| TOTAL FEES ALLOWED: | $6,341.28 | TOTAL COSTS ALLOWED: | $1,876.34 |

**TOTAL FEES AND COSTS ALLOWED: $8,217.62**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(7)    **Lumping**
The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(11)   **Overhead Costs are Non-Compensable**
The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: February 8, 2011

_____
Eugene R. Wedoff
United States Bankruptcy Judge

1

| Date | Description | |
|---|---|---|
| 11/11/2010 | Call from M. Jurasek re: Koziol guaranties and need to get docs.; call to and email to Tim/John re: same. | 20 |
| 11/24/2010 | Extended call from Tim re: status, upcoming motion to convert, his functions going forward working with Bank, and need for quick daily status call re: collections; prepared case status matrix on service and upcoming court dates. | 20 |
| 11/26/2010 | Reviewed revised AR report from S. Williams and spoke with J. Fortino re: collection status. | 20 |
| 11/29/2010 | Call from Atlanta Cattle's local attorney-- he'll appear and respond; call to Tim and Tony re status of all cases. | 20 |
| 11/30/2010 | Continued work on State collection actions--long-arm statute implications discussed with Tim and Paul; call with Tim re: point of delivery, delivery payment and origination of agreements. | 60 |
| 11/30/2010 | PHS - prepare Summonses and transmit to Process Servers in California for service on corporations who did not return Waiver; review state court Complaints with particular attention to jurisdiction and venue; investigate background information on Sonoma Cattle Exchange | ~~560~~ 180 |

⑦ (annotation on PHS row)
⑪ (annotation on expenses row)

| | | |
|---|---|---|
| | Reimbursable Expenses: | |
| | Northern District Court of Illinois - Complaint Fee (American Gold Label Foods) | $350.00 |
| | Northern District Court of Illinois - Complaint Fee (Mid-America Portion Pak) | $350.00 |
| | Service Fee – The Atlanta Cattle Exchange | $102.60 |
| | Reimbursed Expenses (Postage, Photocopies, Faxes). | $36.13 |
| | Westlaw Charge (October 2010) | $12.39  -$12.39 |
| | Total – 800 Minutes/13 Hours and 20 Minutes     Rate=$3.334 per minute/$200.00 per hour | |
| | | **TOTAL $3,518.32** |